### GEORGE L. CHAPIN agt. ALFRED WHITE.

Bail should justify, *each, in double the amount* for which the defendant is ordered to be held to bail.

*February Term,* 1846.

MOTION by plaintiff to set aside justification of bail.

The defendant was sued by capias, and held to bail in the sum of $600 by a supreme court commissioner. Exception was taken to the bail, who justified in the sum of *six hundred dollars* each, over and above all debts, &c.

> M. T. REYNOLDS, *plaintiff's counsel.*
> JUDD & LEWIS, *plaintiff's attorneys.*
> D. WRIGHT, *defendant's counsel.*
> GEO. B. JUDD, *defendant's attorney.*

BRONSON, Chief Justice. Denied the motion with costs, on the ground that the bail should have justified each in *double the sum of six hundred dollars.*